HIRAM E. MEEKER, as Receiver of FIRST NATIONAL BANK IN MAMARONECK, Respondent, *v.* ORAMAM REALTY CORPORATION, Appellant.

Argued November 16, 1939; decided November 30, 1939.

*Theodore S. Jaffin, Lawrence S. Greenbaum* and *Bernard L. Baskin* for appellant.

*Monroe J. Cahn* and *Harold M. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.